SEALED

ORIGINAL

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

JUN 10 2015

CLERK, U.S. DISTRICT COURT
By _____
Deputy

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA <br><br> v. <br><br> RACHEL ADAMS (01) <br> MICHAEL BENTLEY (02) <br> TONYA BLACKWOOD (03) <br> CHANCE BROOKS (04) <br> BILLY BULLITT (05) <br> JAMES LEMARC BYRD (06) <br> MICHAEL COLBY (07) <br> JERRY CURRY (08) <br> CHARLES DEEDS (09) <br> ALISHA FEENEY (10) <br> BRIAN HARRIS (11) <br> LARRY HAWKINS (12) <br> JESSICA JUDGE (13) <br> HOWARD MCMILLAN (14) <br> AMANDA MEANS (15) <br> LESLIE MOSKOWITZ (16) <br> CHRIS NICHOLSON (17) <br> JOEL PRICKETT (18) <br> EDWIN ROMINE (19) <br> MATTHEW RUTLEDGE (20) <br> GAVIN SEGUIN (21) <br> WINFRED MORGAN TRAMMEL (22) <br> CHRIS TURNER (23) <br> KARLEE WILCOX (24) <br> ERIC ZUNIGA (25) | No. 4-15CR-151-O |

INDICTMENT

The Grand Jury Charges:

Count One

Conspiracy to Possess with Intent to Distribute a Controlled Substance
(Violation of 21 U.S.C. § 846)

Indictment – Page 1

Beginning in or before July 2011, and continuing until on or about the return of this indictment, in the Fort Worth Division of the Northern District of Texas, and elsewhere, defendants **Rachel Adams, Michael Bentley, Tonya Blackwood, Chance Brooks, Billy Bullitt, James Lemarc Byrd, Michael Colby, Jerry Curry, Charles Deeds, Alisha Feeney, Brian Harris, Larry Hawkins, Jessica Judge, Howard McMillan, Amanda Means, Leslie Moskowitz, Chris Nicholson, Joel Prickett, Edwin Romine, Matthew Rutledge, Gavin Seguin, Winfred Morgan Trammel, Chris Turner, Karlee Wilcox** and **Eric Zuniga**, along with others known and unknown, did knowingly and intentionally combine, conspire, confederate, and agree to engage in conduct in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(B), namely to possess with intent to distribute 50 grams or more of a mixture and substance containing a detectable amount of Methamphetamine, a Schedule II controlled substance.

In violation of 21 U.S.C. § 846 (21 U.S.C. §§ 841(a)(1) and (b)(1)(B)).

A TRUE BILL.

_____
FOREPERSON

JOHN R. PARKER
ACTING UNITED STATES ATTORNEY

_____
SHAWN SMITH
Assistant United States Attorney
Texas State Bar No. 24033206
801 Cherry Street, Suite 1700
Fort Worth, Texas  76102
Telephone: 817-252-5200
Facsimile: 817-252-5455

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

---

THE UNITED STATES OF AMERICA

VS.

RACHAEL ADAMS (01)
MICHAEL BENTLEY (02)
TONYA BLACKWOOD (03)
CHANCE BROOKS (04)
BILLY BULLITT (05)
JAMES LEMARC BYRD (06)
MICHAEL COLBY (07)
JERRY CURRY (08)
CHARLES DEEDS (09)
ALISHA FEENEY (10)
BRIAN HARRIS (11)
LARRY HAWKINS (12)
JESSICA JUDGE (13)
HOWARD MCMILLAN (14)
AMANDA MEANS (15)
LESLIE MOSKOWTIZ (16)
CHRIS NICHOLSON (17)
JOEL PRICKETT (18)
EDWIN ROMINE (19)
MATTHEW RUTLEDGE (20)
GAVIN SEGUIN (21)
WINFRED MORGAN TRAMMEL (22)
CHRIS TURNER (23)
KARLEE WILCOX (24)
ERIC ZUNIGA (25)

---

INDICTMENT
21 U.S.C. § 846
(21 U.S.C. §§ 841(a)(1) and (b)(1)(B))
Conspiracy to Possess with Intent to Distribute a Controlled Substance
(1 COUNT)

---

A true bill rendered:

---

FORT WORTH   _/s/ Gary Yeary_   FOREPERSON

Filed in open court this 10th day of June, A.D. 2015.

---

Warrant to issue on all defendants.

_/s/_
UNITED STATES MAGISTRATE JUDGE